IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

MARIO RODRICUS MCGAUGHY                                    PLAINTIFF

V.                                  CIVIL ACTION NO. 3:24-CV-00046-GHD-JMV

KIRK FORDICE, et al.                                           DEFENDANTS

ORDER

      Plaintiff Mario Rodricus McGaughy, proceeding *pro se*, filed the instant action challenging the conditions of his confinement pursuant to 42 U.S.C. § 1983. In initiating this action, however, Plaintiff failed to either pay the filing fee or submit an application to proceed *in forma pauperis* ("IFP"). Accordingly, Plaintiff is **DIRECTED** to either pay the filing fee for this action or submit a complete IFP application, including a certified copy of Plaintiff's trust fund account statement for the 6-month period preceding the filing of the complaint, s*ee* 28 U.S.C. § 1915(a)(2), within twenty-one (21) days from the date of this Order. Plaintiff's failure to do so will result in the dismissal of this action. The Clerk of Court is directed to send Plaintiff a copy of the Court's standard IFP form for Plaintiff's completion.

      **SO ORDERED**, this the 20th day of February, 2024.

                                                                  /s/ Jane Virden
                                                                   UNITED STATES MAGISTRATE JUDGE